```
 1
 2
 3
 4
 5
 6
 7
 8                          IN THE UNITED STATES DISTRICT COURT
 9                        FOR THE EASTERN DISTRICT OF CALIFORNIA
10  PAUL WINFIELD,
11         Plaintiff,                    No. CIV S-05-1848 FCD CMK P
12     vs.
13  KEITH A. LEVY,
14         Defendant.                    ORDER
15  _____/
```

16          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant
17  to 42 U.S.C. § 1983. Plaintiff has not, however, filed a complete in forma pauperis affidavit or
18  paid the required filing fee. See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff will be provided the
19  opportunity either to submit the appropriate affidavit in support of a request to proceed in forma
20  pauperis or to submit the appropriate filing fee.
21          In accordance with the above, IT IS HEREBY ORDERED that:
22          1. Plaintiff shall submit, within thirty days from the date of this order, a complete
23  affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk
24  of Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in
25  the dismissal of this action; and
26  /////

1

Dockets.Justia.com

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: September 21, 2005.

                                                  **CRAIG M. KELLISON**
                                                  UNITED STATES MAGISTRATE JUDGE