1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7                     FOR THE EASTERN DISTRICT OF CALIFORNIA

8   Paul Winfield

9              Plaintiff,                    No. CIV S-05-1848 FCD CMK P

10         vs.

11  Keith A. Levy,

12             Defendant.              FINDINGS & RECOMMENDATIONS

13  _____/

14             Plaintiff is a state prisoner proceeding pro se.  He brings this civil rights action

15  pursuant to 42 U.S.C. § 1983.

16             The court is required to screen complaints brought by prisoners seeking relief

17  against a  governmental entity or officer or employee of a governmental entity.  See 28 U.S.C.

18  § 1915A(a).  The court must dismiss a complaint or portion thereof if it: (1) is frivolous or

19  malicious; (2) fails to state a claim upon which relief can be granted; or (3) seeks monetary relief

20  from a defendant who is immune from such relief.  See 28 U.S.C. § 1915A(b)(1), (2).

21             Plaintiff brings this civil right action against Administrative Judge Keith Levy.

22  Plaintiff alleges that defendant Levy subjected plaintiff to "double jeopardy and cruel and

23  unusual punishment" apparently because defendant Levy forced plaintiff to be medicated.

24  Plaintiff has named Administrative Law Judge Keith Levy as the defendant.  Administrative Law

25  Judges, however, are absolutely immune from damage liability for acts performed in their

26  official capacity.

                                              1

1        Judges, and those performing judge-like functions are absolutely immune from

2    damage liability for acts performed in their official capacity.  See Ashelman v. Pope, 793 F.2d

3    1072, 1075 (9th Cir. 1986)(en banc).  "Adjudication within a federal administrative agency

4    shares enough of the characteristics of the judicial process that those who participate in such

5    adjudication should be immune from § 1983 suits for damages."  Butz v. Economou, 438 U.S.

6    478, 512-13 (1978).   Here, plaintiff alleges that, defendant, while acting in his official capacity

7    as an administrative law judge, damaged plaintiff by ordering plaintiff to take his medication.

8    Accordingly, the court finds that defendant Levy is immune from suit.

9        Because it does not appear possible that the deficiencies identified herein can be

10   cured by amending the complaint, plaintiff is not entitled to leave to amend prior to dismissal of

11   the entire action.  See Lopez v. Smith, 203 F.3d 1122, 1126, 1131 (9th Cir. 2000) (en banc).

12       Based on the foregoing, IT IS RECOMMENDED that this action be dismissed

13   because defendant Levy is immune from suit.

14       These findings and recommendations will be submitted to the United States

15   District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within

16   twenty days after being served with these findings and recommendations, plaintiff may file

17   written objections with the court.  The document should be captioned "Objections to Findings

18   and Recommendations."  Plaintiff is advised that failure to file objections within the specified

19   time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153

20   (9th Cir. 1991).

21

22   DATED:  November 9, 2005.

23

24                                                  CRAIG M. KELLISON

25                                                UNITED STATES MAGISTRATE JUDGE

26